UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY GRIFFITH,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC; and DOES 1-10, inclusive,<br><br>Defendant. | No. 2:15-cv-02123-KJM-EFB<br><br><br>ORDER |

On October 13, 2015, the court issued a standing order. ECF No. 2-2. In the order, the parties were directed to engage in a meet and confer prior to filing a motion. *Id.* at 3. The meet and confer directive was designed to have the parties discuss thoroughly the substance of the contemplated motion and any potential resolution. *Id.* After meeting and conferring, if a party still desired to file a motion, that party was directed to file a notice of motion containing "a certification by counsel filing the motion that meet and confer efforts have been exhausted, with a brief summary of meet and confer efforts." *Id.*

On October 19, 2015, defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a motion to dismiss plaintiff's complaint. ECF No. 5. On October 21, 2015, Wells Fargo filed a notice of hearing date regarding the motion to dismiss. ECF No. 7. Wells Fargo's counsel failed

1

to file a notice of motion containing a certification indicating meet and confer efforts have been exhausted in either notice, and thus did not comply with the court's standing order.

Accordingly, Wells Fargo's counsel are hereby ORDERED, within seven (7) days of entry of this order, to show cause why they should not be sanctioned in the amount of $250 for their failure to comply with this court's order. Alternatively, Wells Fargo's counsel are ORDERED to meet and confer with plaintiff's counsel prior to the due date of the opposition to Wells Fargo's motion to dismiss. Additionally, Wells Fargo's counsel should file a notice certifying the meet and confer, with a report on any narrowing of issues resulting from the meet and confer. If the parties meet and confer, the possibility of a sanction will be abated.

IT IS SO ORDERED.

DATED: November 24, 2015.

_____
UNITED STATES DISTRICT JUDGE